Michael P. Lehmann (77152)
Thomas P. Dove (51921)
Christopher L. Lebsock (184546)
Jon T. King (205073)
FURTH LEHMANN & GRANT LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:     (415) 433-2070
Fax Number:   (415) 982-2076
Email: mplehmann@furth.com; tdove@furth.com;
clebsock@furth.com; king@furth.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDD ELIASOPH, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LG PHILIPS LCD CO., LTD., et al,<br><br>　　　　　　　Defendants. | Case No. C06-7588 SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND COMPLAINTS IN RELATED ACTIONS**<br><br>Judge:　　Hon. Susan Illston |
| THIS DOCUMENT ALSO RELATES TO:<br><br>*Sorokin v. LG Phillips LCD Co. Ltd., et al*,<br>　N.D. Cal. Case No. C-06-07600 SI<br><br>*Nash v. LG Phillips LCD Co. Ltd., et al*,<br>　N.D. Cal. Case No. C-06-07601 SI<br><br>*Forlan v. LG Phillips LCD Co. Ltd., et al*,<br>　N.D. Cal. Case No. C-06-07602 SI<br><br>*Henderson v. LG Phillips LCD Co. Ltd., et al*,<br>　N.D. Cal. Case No. C-06-07609 SI<br><br>*Maites v. LG Phillips LCD Co. Ltd., et al*,<br>　N.D. Cal. Case No. C-06-07638 SI<br><br>*Truong v. LG Phillips LCD Co. Ltd., et al*,<br>　N.D. Cal. Case No. C-06-07639 SI<br><br>*Truong v. LG Phillips LCD Co. Ltd., et al*,<br>　N.D. Cal. Case No. C-06-07640 SI | |

*Kerson v. LG Phillips LCD Co. Ltd., et al*,
N.D. Cal. Case No. C-06-07678 SI

*Brock v. LG Phillips LCD Co. Ltd., et al*,
N.D. Cal. Case No. C-06-07679 SI

*Rozo v. LG Phillips LCD Co. Ltd., et al*,
N.D. Cal. Case No. C-06-07693 SI

WHEREAS the undersigned plaintiffs have filed the above-captioned eleven cases;

WHEREAS plaintiffs allege antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

WHEREAS on January 8, 2007, this Court entered a Related Case Order finding that these eleven LCD Cases pending in the Northern District of California are related cases;

WHEREAS at least forty complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

WHEREAS there are motions pending before the Judicial Panel on Multidistrict Litigation ("JPML") to transfer the LCD Cases to the Northern District of California and the District of New Jersey for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

WHEREAS plaintiffs anticipate the possibility of Consolidated Amended Complaints in the direct and indirect LCD Cases;

WHEREAS plaintiffs and Samsung Semiconductor, Inc. ("SSI") have agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties and for the Court;

WHEREAS plaintiffs agree that the deadline for SSI to respond to the Complaints in the above-captioned cases and any other cases subsequently transferred to this Court by way of an order pursuant to the supplemental January 12, 2007 administrative motion to relate cases, or any subsequent order, shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of Consolidated Amended Complaint(s) in the transferee court in which the

1  LCD Cases are consolidated by the JPML; or (2) forty-five days after plaintiffs provide written
2  notice to SSI that they do not intend to file a Consolidated Amended Complaint, provided that
3  such notice may be given only after the initial case management conference in the MDL transferee
4  court in this case;

5  WHEREAS plaintiffs further agree that this extension is available, without further
6  stipulation with counsel for plaintiffs to all named defendants who notify plaintiffs in writing of
7  their intention to join this extension;

8  WHEREAS this Stipulation does not constitute a waiver by SSI or any defendant of
9  any other defense, including but not limited to the defenses of lack of personal or subject matter
10 jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue;

11 WHEREAS SSI (and any other named defendant who provides notice of its
12 intention to join this extension provided by this Stipulation) agrees that, notwithstanding the other
13 terms of this Stipulation, should it respond to any complaint in another LCD case filed in another
14 United States District Court prior to the date contemplated by this Stipulation (except pursuant to
15 Court Order), then it shall make a simultaneous response to the complaint in the above-captioned
16 matter.

17

18 PLAINTIFFS AND DEFENDANT SSI, BY AND THROUGH THEIR RESPECTIVE
19 COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:

20  1. The deadline for SSI to respond to any Complaint in the above-captioned
21 cases and any other cases subsequently transferred to this Court by way of an order pursuant to the
22 supplemental January 12, 2007 administrative motion to relate cases, or any subsequent order,
23 shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of
24 Consolidated Amended Complaint(s) in the transferee court in which the LCD Cases are
25 consolidated by the JPML; or (2) forty-five days after plaintiffs provide written notice to SSI that
26 they do not intend to file a Consolidated Amended Complaint, provided that such notice may be
27 given only after the initial case management conference in the MDL transferee court in this case.
28

76766.1
W02-WEST:FMI\400155766.1

-2-
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO
RESPOND TO COMPLAINT AND COMPLAINTS IN RELATED ACTIONS

1  2. This extension is available, without further stipulation with counsel for
2  plaintiffs or further order of the Court, to all named defendants who notify plaintiff in writing of
3  their intention to join this extension.

4  3. This Stipulation does not constitute a waiver by SSI or any defendant of any
5  other defense, including but not limited to the defenses of lack of personal or subject matter
6  jurisdiction, insufficiency of process, insufficiency of service of process, or improper venue.

7  4. Notwithstanding the other terms of this Stipulation, should SSI (and any
8  other named defendant who provides notice of its intention to join this extension provided by this
9  Stipulation) respond to any complaint in another LCD case filed in another United States District
10 Court prior to the date contemplated by this Stipulation (except pursuant to Court Order), then it
11 shall make a simultaneous response to the complaint in the above-captioned matter.

13 IT IS SO STIPULATED.

15 Dated: January 19, 2007                           FURTH LEHMANN & GRANT

                                          By:      /s/ Christopher L. Lebsock
                                                Christopher L. Lebsock
                                                *Attorneys for Plaintiffs Judd Eliasoph, Arthur
                                                Sorokin, Joe Nash, Amy Forlan, Will Henderson,
                                                Jamie Maites, Henry Truong, and Stephanie
                                                Truong*

                                                ZELLE HOFMANN VOELBEL MASON &
                                                GETTE LLP
                                                *Attorneys for Plaintiffs Judd Eliasoph, Arthur
                                                Sorokin, Joe Nash, Amy Forlan, Will Henderson,
                                                Jamie Maites, Henry Truong, Stephanie Truong,
                                                and Frederick Rozo*

                                                STEYER LOWENTHAL BOODROOKAS
                                                ALVAREZ & SMITH LLP
                                                *Attorneys for Plaintiff Henry Truong*

                                                COHEN, MILSTEIN, HAUSFELD & TOLL,
                                                P.L.L.C.
                                                *Attorneys for Plaintiff Henry Truong*

|   |   |
|---|---|
|   | LAW OFFICES OF JOSEPH M. PATANE<br>*Attorneys for Plaintiff Robert Kerson* |
|   | TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP<br>*Attorneys for Plaintiff Karen Brock* |
| Dated: January 19, 2007 | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
|   | By: ____/s/ Michael W. Scarborough____<br>Michael W. Scarborough<br>*Attorneys for Defendant Samsung Semiconductor, Inc.* |

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT, to conserve party and judicial resources, and in light of the proceedings currently pending before the JPML to consolidate and transfer all pending LCD Cases to one Court, this extension is available in all related actions (both current actions and those to be related in the future) to any defendant that provides written notice to plaintiff's counsel in such action of this Order and its intention to join this extension, without further stipulation with counsel for plaintiff(s) in the related actions.

Dated: _____    _____
                                                           /s/ Susan Illston
                                                           Honorable Susan Illston
                                                           Judge of the United States District Court

# PROOF OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by FURTH LEHMANN & GRANT LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND COMPLAINTS IN RELATED ACTIONS; and

2. PROOF OF SERVICE.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

☑ **By Mail**: I placed a true copy on this date of each document listed above in a sealed envelope addressed to each person listed on the attached service list. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit.

76815.1

-1-

PROOF OF SERVICE

**SERVICE LIST**

| | |
|---|---|
| Allan Steyer<br>STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP<br>One California Street, Third Floor<br>San Francisco, CA 94104<br>**Counsel for Plaintiffs Jamie Maites, Henry Truong, and Stephanie Truong** | Michael D. Hausfeld<br>Charles E. Tompkins<br>Andrew B. Bullion<br>Hilary K. Ratway<br>COHEN MILSTEN HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, D.C. 20005<br>**Counsel for Plaintiffs Jamie Maites, Henry Truong, Sara Cabezas, Computer World Solution, Inc., and Industrial Computing, Inc.** |
| Esther Lee Klisura<br>COTCHETT, PITRE, SIMON & MCCARTHY<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>**Counsel for Plaintiff Crago Corporation** | P. John Brady<br>Daniel D. Owen<br>SHUGHART THOMPSON & KILROY, P.C.<br>Twelve Wyandotte Plaza<br>120 West 12th Street, Suite 1600<br>Kansas City, MO 64105<br>**Counsel for Plaintiff Crago Corporation** |
| Guido Saveri<br>R. Alexander Saveri<br>Cadio Zirpoli<br>SAVERI & SAVERI INC.<br>111 Pine Street, Suite 1700<br>San Francisco, CA 94111<br>**Counsel for Plaintiffs Crago Corporation and Orion Home Systems, LLC** | Randy Renick<br>LAW OFFICES OF RANDY RENICK<br>The Marine Building<br>128 North Fair Oaks Avenue, Suite 204<br>Pasadena, CA 91103<br>**Counsel for Plaintiff Orion Home Systems, LLC** |
| Joseph M. Patane<br>LAW OFFICES OF JOSEPH M. PATANE<br>2280 Union Street<br>San Francisco, CA 94123<br>**Counsel for Plaintiffs Robert Kerson and Jeffrey Figone** | Mario N. Alioto<br>Lauren C. Russell<br>TRUMP, ALIOTO, TRUMP & PRESCOTT<br>2280 Union Street<br>San Francisco, CA 94123<br>**Counsel for Plaintiffs Karen Brock and Jeffrey Figone** |

| | |
|---|---|
| Lawrence G. Papale<br>LAW OFFICES OF LAWRENCE G. PAPALE<br>1308 Main Street #117<br>St. Helena, CA 94574<br>**Counsel for Plaintiff Jeffrey Figone** | Sherman Kassof<br>LAW OFFICES OF SHERMAN KASSOF<br>555 12th Street, Suite 1900<br>Oakland, CA 94607<br>**Counsel for Plaintiff Jeffrey Figone** |
| Brian Barry<br>LAW OFFICES OF BRIAN BARRY<br>1801 Avenue of the Stars, Suite 307<br>Los Angeles, CA 90067<br>**Counsel for Plaintiff Ari Hakim** | Robert C. Schubert<br>Willem F. Jonckheer<br>Peter E. Borkon<br>Aaron H. Darsky<br>SCHUBERT & REED LLP<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>**Counsel for Plaintiff Dr. Steven Martell** |
| Susan G. Kupfer<br>Sylvie K. Kern<br>GLANCY BINKOW & GOLDBERG LLP<br>455 Market Street, Suite 1810<br>San Francisco, CA 94105<br>**Counsel for Plaintiff Michael J. Eliav** | Paul F. Bennett<br>Steven O. Sidener<br>Joseph M. Barton<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105-2835<br>**Counsel for Plaintiffs Computer World Solution, Inc. and Industrial Computing, Inc.** |
| James B. Brown<br>Jennifer A. Scott<br>HERUM CRABTREE BROWN<br>2291 West March Lane, Suite B100<br>Stockton, CA 95207<br>**Counsel for Plaintiff Sarah Hansen** | Steven A. Kanner<br>William H. London<br>Douglas A. Millen<br>Freed, Kanner, London & Millen, LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, Illinois 60015<br>**Counsel for Plaintiff Art's TV & Appliance** |
| Steven J. Greenfogel<br>Meredith Cohen Greenfogel & Skirnick, P.C.<br>Architects Building<br>117 South 17th Street<br>22nd Floor<br>Philadelphia, PA 19103<br>**Counsel for Plaintiff Art's TV & Appliance** | Vincent J. Esades<br>Heins Mills & Olson, P.L.C.<br>3550 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>**Counsel for Plaintiff Art's TV & Appliance** |

76815.1 -3-
PROOF OF SERVICE

| | |
|---|---|
| Harry Shulman<br>The Mills Law Firm<br>145 Marina Boulevard<br>San Rafael, CA 94901<br>**Counsel for Plaintiff Art's TV & Appliance** | Mark Goldman<br>Daniel Karon<br>Goldman Scarlato & Karon<br>101 W. Elm Street, Suite 360<br>Conschohocken, PA 19428<br>**Counsel for Plaintiff Art's TV & Appliance** |
| Eugene A. Spector<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19102<br>**Counsel for Plaintiff Art's TV & Appliance** | Garrett D. Blanchfield, Jr.<br>Reinhardt Wendorf & Blanchfield<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, Minnesota 55101<br>**Counsel for Plaintiff Art's TV & Appliance** |
| Gary L. Halling<br>James L. McGinnis<br>Michael W. Scarborough<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>**Counsel for Defendant Samsung Semiconductor, Inc.** | George D. Niespolo<br>DUANE MORRIS LLP<br>One Market Street<br>Spear Tower, 20th Floor<br>San Francisco, CA 94105<br>**Counsel for Defendant NEC Electronics America, Inc.** |
| Jerome C. Roth<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105-2907<br>**Counsel for Defendant LG Philips LCD America, Inc.** | |

Executed on January 22, 2007 at San Francisco, California.

Signed /s/ Robert L. Newman

76815.1 -4-
PROOF OF SERVICE