Neal R. Marder (SBN: 126879)
David J. Altman (SBN: 193807)
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543
Telephone: 213-615-1700
Facsimile: 213-615-1750
Email: nmarder@winston.com
daltman@winston.com

Attorneys for Defendant
LG ELECTRONICS USA, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JAFARIAN, on behalf of himself and all other similarly situated, | **Case No. 06-CV-7588 SI** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME** |
| v. | |
| SHARP CORPORATION, et al., | |
| Defendants. | |

1 **STIPULATION FOR EXTENSION OF TIME**

2   WHEREAS plaintiff filed a complaint in the above-captioned case on or about February 16,
3 2007;

4   WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display
5 (LCD") products;

6   WHEREAS more than fifteen complaints have been filed to date in federal district courts
7 throughout the United States by plaintiffs purporting to bringing class actions on behalf of indirect
8 purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD
9 Cases");

10   WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation to
11 transfer the LCD Cases to the Northern District of California for coordinated or consolidated pretrial
12 proceedings pursuant to 28 U.S.C. § 1407;

13   WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the
14 LCD Cases;

15   WHEREAS plaintiff and LG Electronics USA, Inc. ("LG USA") have agreed that an orderly
16 schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties
17 and for the Court;

18   WHEREAS plaintiff agrees that the deadline for LG USA to respond to the Complaint shall
19 be extended until the earlier of the following two dates: (1) forty-five days after the filing of a
20 Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after plaintiff provided
21 written notice to LG USA that plaintiff does not intend to file a Consolidated Amended Complaint,
22 provided that such notice may be given only after the initial case management conference in the
23 MDL transferee court in this case;

24   WHEREAS plaintiff further agrees that this extension is available, without further stipulation
25 with counsel for plaintiff, to all named defendants who notify plaintiff in writing of their intention to
26 join this extension;

27
28   WHEREAS this Stipulation does not constitute a waiver by LG USA or any defendant of any

1

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

1  defense, including but not limited to the defense of lack of personal or subject matter jurisdiction,
2  insufficiency of process, insufficiency of service of process, or improper venue.
3  PLAINTIFF AND DEFENDANT LG USA, BY AND THROUGH THEIR RESPECTIVE
4  COUNSEL OR RECORD, HEREBY STIPULATE AS FOLLOWS:
5  1. The deadline for LG USA to respond to the Complaint shall be extended until the
6  earlier of the following two dates (1) forty-five days after the filing of a Consolidated Amended
7  Complaint in the LCD Cases; or (2) forty-five days after the plaintiff provides written notice that he
8  does not intend to file a Consolidated Amended Complaint, provided that such notice may be given
9  only after the initial case management conference in the MDL transferee court in this case.
10  2. This extension is available, without further stipulation with counsel for plaintiff or
11  further order of the Court, to all named defendants who notify plaintiff in writing of their intention to
12  join this extension.
13  IT IS SO STIPULATED.

Dated: March 19, 2007

WINSTON & STRAWN LLP

By: /s/ Neal R. Marder
Neal R. Marder
David J. Altman
Attorneys for Defendant
LG ELECTRONICS USA, INC.

Dated: March 19, 2007

FURTH LEHMANN & GRANT LLP

By: /s/ Christopher L. Lebsock
Christopher L. Lebsock
Attorneys for Plaintiff
JEFF JAFARIAN

-2-
**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**

| | |
|---|---|
| 1    PURSUANT TO STIPULATION, IT IS SO ORDERED | |
| 2    Dated: _____ | _Susan Illston_ (signature) |
| 3 | Honorable Susan Illston<br>Judge of the United States District Court |

```
 1  PURSUANT TO STIPULATION, IT IS
    SO ORDERED
 2
    Dated: _____          _____
 3                                              Honorable Susan Illston
                                           Judge of the United States District Court
 4
 5
 ...
23
24  CHI:1880491.2
25
26
27
28
```

-3-

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME**