**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-07588 SI**       **Eliasoph v. LG Philips LCD Co., LTD. Et al**

**C 07-01184 RS**       **Wojnowski et al v. AU Optronics Corporation America et al**

      **I find that the above case is related to the case assigned to me. ___SI____**

**C 07-01339 SC**       **WOW LLC et al v. LG Philips LCD Co., LTD. Et al**

      **I find that the above case is related to the case assigned to me. ___SI____**

**C 07-01344 VRW**       **FME Architecture + Design v. LG Philips LCD Co., LTD. Et al**

      **I find that the above case is related to the case assigned to me. ___SI____**

**C 07-01362 SBA**       **Omnis Computer Supplies, Inc. V. LG Philips LCD Co., LTD. Et al**

      **I find that the above case is related to the case assigned to me. ___SI____**

**C 07-01364 MEJ**       **Salem v. LG Philips LCD Company, Ltd. Et al**

      **I find that the above case is related to the case assigned to me. __SI_____**

**C 07-01368 SBA**       **Drew v. LG Philips LCD Company Ltd. Et al**

      **I find that the above case is related to the case assigned to me. __SI_____**

**C 07-01380 JSW**    **Magic Video, Inc. V. LG Philips LCD Co., LTD. Et al**

    **I find that the above case is related to the case assigned to me. __SI____**


**C 07-01666 JSW**    **Univisions-Crimson Holding, Inc. Et al v. LG Philips, LCD Co., Ltd. Et al**

    **I find that the above case is related to the case assigned to me. __SI____**


**C 07-01822 MJJ**    **Scott v. LG Philips LCD Company Ltd. Et al**

    **I find that the above case is related to the case assigned to me. ___SI____**


**C 07-01842 VRW**    **Stromberg v. LG Philips Co., LTD. Et al**

    **I find that the above case is related to the case assigned to me. ___SI____**

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.


Dated:___4/24/07_____        _____

    Judge Susan Illston


Dated:_____        _____

    Judge Richard Seeborg


Dated:_____        _____

                        Judge Samuel Conti

Dated:_____

_____

Chief Judge Vaughn R. Walker

Dated:_____

_____

Judge Saundra B. Armstrong

Dated:_____

_____

Magistrate Judge Maria-Elena James

Dated:_____

_____

Judge Saundra B. Armstrong

Dated:_____

_____

Judge Jeffrey S. White

Dated:_____

_____

Judge Jeffrey S. White

Dated:_____

_____

Judge Martin J. Jenkins

## CLERK'S NOTICE

  The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                  **Richard W. Wieking, Clerk**

**DATED:** _____    **By:** _____
                           **Deputy Clerk**

## CERTIFICATE OF SERVICE

  I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

                   **Richard W. Wieking, Clerk**

**DATED: _____**       **By: _____**
                              **Deputy Clerk**

Copies to: Courtroom Deputies
     Case Systems Administrators
     Counsel of Record
Entered into Assignment Program: _____(date)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JUDD ELIASOPH,                              No. C 06-07588SI

        Plaintiff,                        **NOTICE**

  v.

LG PHILIPS LCD CO LTD,

        Defendant.
                                   /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, June 8, 2007, at 2:00 p.m.  Please comply with the attached order when preparing for the conference.

Dated: April 25, 2007                                  RICHARD W. WIEKING, Clerk

                                                                                Tracy Sutton
                                                                                Deputy Clerk

**United States District Court**
For the Northern District of California