Paul P. Eyre
Ernest E. Vargo
Michael E. Mumford
BAKER HOSTETLER LLP
PNC Center
1900 East Ninth Street, Suite 3200
Cleveland, OH 44114-3482
Telephone:    (216) 621-0200
Facsimile:    (216) 696-0740
Email:        peyre@bakerlaw.com
              evargo@bakerlaw.com
              mmumford@bakerlaw.com

Tracy L. Cole
BAKER HOSTETLER LLP
45 Rockefeller Plaza
11th Floor
New York, NY 10111
Telephone:    (212) 589-4228
Facsimile:    (212) 589-4201
Email:        tcole@bakerlaw.com

Attorneys for Defendant
Mitsui & Co. (Taiwan), Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION<br><br>This Document Relates to Individual Case No. C 11-0829 SI | Master File No. 3:07-md-1827 SI<br><br>MDL No. 1827 |
| METROPCS WIRELESS, INC.,<br><br>　　　Plaintiff,<br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>　　　Defendants. | Individual Case No. C 11-0829 SI<br><br>STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER<br><br>**Clerk's Action Required** |

WHEREAS, plaintiff MetroPCS Wireless, Inc. ("MetroPCS") filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., Chunghwa Picture Tubes, Ltd., CMO Japan Co., Ltd., Epson Electronics America, Inc., Epson Imaging Devices

1  Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi,
2  Ltd., Hitachi Displays, Ltd., Mitsui & Co. (Taiwan), Ltd., Sanyo Consumer Electronics Co., Ltd.,
3  Sharp Corporation, Sharp Electronics Corporation, Tatung Company of America, Inc., Toshiba
4  America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba
5  Corporation, and Toshiba Mobile Display Co., Ltd. (collectively, "Stipulating Defendants"),
6  among other defendants, on December 17, 2010 ("Complaint");

7   WHEREAS, MetroPCS and the Stipulating Defendants, with the exception of Chunghwa Picture Tubes, Ltd. ("Chungwha"), previously entered into a stipulation giving the Stipulating Defendants until May 26, 2011 to move to dismiss, answer, or otherwise respond to the Complaint.  (Individual Case Doc. No. 11.)

   WHEREAS, MetroPCS and the Stipulating Defendants, including Chunghwa, have reached an agreement, pursuant to Civil Rule L.R. 6-1(a), pursuant to which the Stipulating Defendants shall have a two-week extension of time within which to move against, answer, or otherwise respond to the Complaint.

   THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, MetroPCS, on the one hand, and the Stipulating Defendants, on the other hand, that the Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be June 9, 2011.

DATED:  May 25, 2011

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (CA SBN 81297)
Carl L. Blumenstein (CA SBN 124158)
Katharine Chao (CA SBN 247571)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California  94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*
*kchao@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

| | |
|---|---|
| 1 | By: /s/ Christopher B. Hockett |
| 2 | Christopher B. Hockett (CA SBN 121539) |
|   | Neal A. Potischman (CA SBN 254862) |
| 3 | Sandra West (CA SBN 250389) |
|   | Samantha H. Knox (CA SBN 254427) |
| 4 | Micah G. Block (CA SBN 270712) |
|   | 1600 El Camino Real |
| 5 | Menlo Park, California  94025 |
| 6 | (650) 752-2000 (Phone) |
|   | (650) 752-2111 (Facsimile) |
| 7 | *chris.hockett@davispolk.com* |
|   | *neal.potischman@davispolk.com* |
| 8 | *sandra.west@davispolk.com* |
|   | *samantha.knox@davispolk.com* |
| 9 | *micah.block@davispolk.com* |

Jonathan D. Martin (admitted *pro hac vice*)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4000 (Phone)
(212) 701-5800 (Facsimile)
*jonathan.martin@davispolk.com*

*Attorneys for Defendants Chimei Innolux Corporation (f/k/a Chi Mei Optoelectronics Corp.), Chi Mei Optoelectronics USA, Inc., and CMO Japan Co., Ltd.*

By: /s/ Rachel S. Brass
Joel S. Sanders (CA SBN 107234)
Rachel S. Brass (CA SBN 219301)
Rebecca Justice Lazarus (CA SBN 227330)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415)393.8200 (Phone)
(415)393.8306 (Facsimile)
*rbrass@gibsondunn.com*

*Counsel for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company of America, Inc.*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

1  By: /s/ Stephen P. Freccero
Melvin R. Goldman (CA SBN 34097)
2  Stephen P. Freccero (CA SBN 131093)
Derek F. Foran (CA SBN 224569)
3  MORRISON & FOERSTER LLP
425 Market Street
4  San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
5  (415) 268-7522 (Facsimile)
*mgoldman@mofo.com*
6  *sfreccero@mofo.com*
*dforan@mofo.com*
7
*Counsel for Defendants Epson Electronics America, Inc. and Epson Imaging Devices Corporation*
8

9

10  By: /s/ Ramona M. Emerson
Hugh F. Bangasser (*pro hac vice*)
11  Ramona M. Emerson (*pro hac vice*)
K&L GATES LLP
12  925 Fourth Avenue, Suite 2900
Seattle, WA 98104
13  (206) 623-7580 (Phone)
(206) 370-6371 (Facsimile)
14  *romana.emerson@klgates.com*

15
Jeffrey L. Bornstein (CA SBN 99358)
16  K&L GATES LLP
55 Second Street, Suite 1700
17  San Francisco, CA 94105-3493
(415) 882-8200 (Phone)
18  (415) 882-8220 (Facsimile)

19  *Counsel for Defendant HannStar Display Corporation*

20

21  By: /s/ Kent M. Roger
Kent M. Roger (CA SBN 95987)
22  Michelle Kim-Szrom (CA SBN 252901)
Jennifer L. Calvert (CA SBN 258018)
23  MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
24  San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
25  (415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
26  *mkim-szrom@morganlewis.com*
*jennifer.calvert@morganlewis.com*

27
*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
CLEVELAND

503590421                                4                              Case No. C 11-0829 SI
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER

1  By: /s/ Michael E. Mumford
   Paul P. Eyre
2  Ernest E. Vargo
   Michael E. Mumford
3  BAKER & HOSTETLER LLP
   PNC Center
4  1900 East Ninth Street, Suite 3200
   Cleveland, Ohio 44114-3482
5  (216) 621-0200 (Phone)
   (216) 696-0740 (Facsimile)
6  *peyre@bakerlaw.com*
   *evargo@bakerlaw.com*
7  *mmumford@bakerlaw.com*

8  *Counsel for Defendant Mitsui & Co. (Taiwan), Ltd.*

9  By: /s/ Allison A. Davis
   Allison A. Davis (CA SBN 139203)
10 DAVIS WRIGHT TREMAINE LLP
   505 Montgomery Street, Suite 800
11 San Francisco, CA 94111-6533
   (415) 276-6500 (Phone)
12 (415) 276-6599 (Facsimile)
   *allisondavis@dwt.com*
13

14 *Counsel for Defendant Sanyo Consumer Electronics Co., Ltd.*

15 By: /s/ Jacob R. Sorensen
   John M. Grenfell (CA SBN 88500)
16 Jacob R. Sorensen (CA SBN 209134)
   Fusae Nara (*pro hac vice*)
17 PILLSBURY WINTHROP SHAW PITTMAN LLP
   50 Fremont Street
18 San Francisco, CA 94105
   (415) 983-1000 (Phone)
19 (415) 983-1200 (Facsimile)
   *john.grenfell@pillsburylaw.com*
20 *jake.sorensen@pillsburylaw.com*
   *fusae.nara@pillsburylaw.com*
21
   *Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*
22
   By: /s/ John H. Chung
23 John H. Chung
   WHITE & CASE LLP
24 1155 Avenue of the Americas
   New York, NY 10036-2787
25 (212) 819-8200 (Phone)
   (212) 354-8113 (Facsimile)
26 *jchung@whitecase.com*

27 *Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., and Toshiba Mobile Display Co., Ltd.*
28

1  By: /s/ Philip J. Iovieno
William A. Isaacson
2  BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
3  Washington, D.C. 20015
(202) 237-2727 (Phone)
4  (202) 237-6131 (Facsimile)
*wisaacson@bsfllp.com*
5
Philip J. Iovieno
6  Anne M. Nardacci
BOIES, SCHILLER & FLEXNER LLP
7  10 North Pearl Street, 4th Floor
Albany, NY 12207
8  (518) 434-0600 (Phone)
(518) 434-0665 (Facsimile)
9  *piovieno@bsfllp.com*
*anardacci@bsfllp.com*
10
*Counsel for Plaintiff MetroPCS Wireless, Inc.*

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 25th day of May, 2011.

By: /s/ Susan Illston
Hon. SUSAN ILLSTON